19577.   WHITE *v.* NOLAND, Solicitor-General.

HEAD, Justice.   The bill of exceptions recites that the cause is brought to this court because it "involves a constitutional question." If any decision is required on a constitutional question, as alleged, it would involve only the application in a general sense of an unquestioned and unambiguous provision of the Constitution to a given state of facts. The Court of Appeals, and not the Supreme Court, therefore, has jurisdiction of the writ of error. *Giles* v. *State,* 212 *Ga.* 465 (93 S. E. 2d 739), and citations.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED JANUARY 14, 1957—DECIDED FEBRUARY 11, 1957.

*D. B. Howe, Harold L. Murphy,* for plaintiff in error.

20

*Robert J. Noland, Solicitor-General, James I. Parker, Assistant Solicitor-General,* contra.